UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MARQUITA FORREST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-cv-00159-SEB-KMB |
| ST. OF INDIANA, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Having this day directed that final judgment shall be entered against Plaintiff, the Court now enters final judgment. This action is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Date: 04/04/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

MARQUITA FORREST
7803 St. Andrews Church Rd #35
Louisville, KY 40214